

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 18, 2021

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-32123-SGJ-7 |
| JRJR33, INC., and | § | CASE NO. 18-32124-SGJ-7 |
| THE LONGABERGER COMPANY | § | |
| | § | Jointly Administered Under |
| Debtors. | § | Case No. 18-32123-SGJ-7 |

| | | |
|---|---|---|
| ROBERT YAQUINTO, JR., CHAPTER 7 TRUSTEE, | § § | |
| Plaintiff, | § § | |
| | § | ADV. CASE NO. 20-03085-SGJ |
| v. | § § | |
| JOHN P. ROCHON, JOHN ROCHON, JR., HEIDI ROCHON HAFER, R-NINE NINE NINE, INC. f/k/a R-999, INC. f/k/a RICHMONT HOLDINGS, INC., MICHAEL BISHOP, and WILLIAM H. RANDALL, | § § § § § § § | |
| Defendants. | § | |

### SEVENTH AGREED ORDER TO CONTINUE TEMPORARY ABATEMENT DURING SETTLEMENT DISCUSSIONS

CAME ON FOR CONSIDERATION the *Trustee's Seventh Agreed Motion to Continue Temporary Abatement During Settlement Discussions* (the "Motion") filed by Robert Yaquinto, Jr., Chapter 7 Trustee (the "Trustee") of the Estates of JRjr33, Inc. and The Longaberger Company, and Plaintiff in the above-captioned adversary proceeding (the "Adversary"). Having considered the Motion and the agreement of the Parties[1] as evidenced by counsels' signatures below, the Court finds that the relief requested in the Motion is lawful and appropriate under the circumstances. Accordingly, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that any deadline imposed under any applicable rule of civil procedure, including the deadline to answer or otherwise file a responsive pleading to the Trustee's complaint or to seek a withdrawal of the reference is hereby TEMPORARILY ABATED for 14 days from the date of entry of this Order, and thereafter, unless otherwise agreed, the parties shall have 30 days to file an answer or any other responsive pleading including a withdrawal of the reference; it is further

ORDERED that at the conclusion of the 14-day abatement period, should a settlement not be reached, the Parties shall promptly request a status and scheduling conference with the Court at which time the Parties will be expected to present the Court with an agreed scheduling order for the continuation of litigation; it is further

ORDERED that during the period of abatement and without leave of the Court, no Party may file any contested motion, or any other motion except as it relates to the abatement or to an emergency, and no Party may serve any formal discovery upon another Party, except that the Trustee may continue to collect the Debtors' records in the underlying Bankruptcy Case including seeking the turnover of records from the Debtors' former professionals (legal and

---

[1] All capitalized terms herein shall have the meaning ascribed in the Motion.

accounting) and financial institutions by subpoena and/or Section 542 turnover motion if necessary; it is further

ORDERED that this Order is procedural only and does not affect or prejudice any right of any Party, or constitute any admission or waiver by any Party, including any admission as to this Court's jurisdiction or core jurisdiction, or any waiver of jury rights or the right to raise attorney conflict of interest challenges, and that this Order shall in no way be construed or interpreted as this Court making any actual or implied finding as to jurisdiction, personal jurisdiction, venue, core jurisdiction, jury rights, or anything else.

# # # END OF ORDER # # #

| Agreed | Agreed: |
|---|---|
| ROCHELLE MCCULLOUGH, LLP | STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. |
| By: */s/ Kathryn G. Reid* | By: */s/ Jonathan C. Vair* |
| Kevin D. McCullough | Jonathan C. Vair, Esq. |
| State Bar No. 00788005 | Museum Tower |
| Kathryn G. Reid | 150 West Flagler Street, Suite |
| State Bar No. 24068126 | Miami, Florida 33130 |
| Shannon S. Thomas | (Direct) 305.789.3520 |
| State Bar No. 24088442 | (Main) 305-789-3200 |
| 325 N. St. Paul Street, Suite 4500 | (Fax) 305.789.2678 |
| Dallas, Texas 75201 | jvair@stearnsweaver.com |
| Telephone: 214-953-0182 | |
| Facsimile: 214-953-0185 | SPECIAL SETTLEMENT COUNSEL |
| Email: kdm@romclaw.com | FOR DEFENDANTS |
| Email: kreid@romclaw.com | |
| Email: sthomas@romclaw.com | |
| SPECIAL LITIGATION COUNSEL FOR ROBERT YAQUINTO, JR., CHAPTER 7 TRUSTEE | |